# Third District Court of Appeal

## State of Florida

Opinion filed January 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2242
Lower Tribunal No. 13-38427
_____

**Robert Masel**, **a/k/a Reuven Masel**,
Appellant,

vs.

**Steve Milgrom,**
**as Trustee for the Shirley Milgrom**
**Credit Shelter Trust,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

Bast Amron LLP, and Lissette M. Carreras, and Jeffrey P. Bast, for appellee.

Before LINDSEY, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.